UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KWONG YEEN EDMOND LOOI,<br><br>Defendant. | No. 3-07 MJ 70220 EMC<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |

Based upon the Stipulation of KWONG YEEN EDMOND LOOI and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), is excluded from April 16, 2007 to April 24, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Additionally, failure to grant the requested exclusion of time would unreasonably deny the defendant continuity of counsel. The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 4/18/07

EDWARD M. CHEN
United States Magistrate Judge